UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

AmeriCU Mortgage Company,

    Plaintiff,

v.

Steven Frazier,

    Defendant.

12-cv-3118 (MJD/SER)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

    Jonathan W. Tappan, Esq., Jonathan W. Tappan PLLC, 2549 Somerset Boulevard #102, Troy, Michigan 48084, for Plaintiff.

    David R. Mortensen, Esq., Wilford, Geske & Cook, PA, 8425 Seasons Parkway, Suite 105, Woodbury, Minnesota 55125, for Plaintiff.

    Todd M. Murray, Esq., Friedman Iverson, PLLC, 509 First Avenue Northeast, Suite 2, Minneapolis, Minnesota 55413, for Defendant.

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, dated October 29, 2013 [Docket No. 47]. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that AmeriCU Mortgage Company's Motion for Judgment on the pleadings is **DENIED without prejudice**.

Dated: November 14, 2013.

                                                      *s/Michael J. Davis*
                                                      Michael J. Davis
                                                      Chief Judge
                                                      United States District Court